The City of Kansas to use v. Rice.

THE CITY OF KANSAS *to the use of* ENRIGHT V. RICE, Appellant.

**Special Tax Bill:** ASSIGNMENT: PRACTICE. A special tax bill issued by virtue of the provisions of article 9, of the charter of the City of Kansas (Laws 1875, p. 256) is assignable, and suit thereon may be brought in the name of the city to the use of the assignee.

*Appeal from Jackson Circuit Court.—*

AFFIRMED.

*R. H. Field* and *Jas. F. Mister* for appellant.

*C. A: Kenyon* for respondent.

PER CURIAM.—This is a suit upon a special tax bill issued by virtue of the provisions of article 9, of the charter of the City of Kansas (Laws 1875, p. 256), to John Shaw, for constructing a district sewer, and by him assigned to Enright. It was held in *St. Louis, etc., v. Rudolph*, 36 Mo. 465, under a like statute, that the tax bill was assignable, and that the suit thereon might be brought in the name of the city to the use of the assignee. No other questions are presented by this record, and this judgment is, therefore, affirmed.